| AO 10<br>Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2014** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tinder, John D. | 2. Court or Organization<br><br>Seventh Circuit Court of Appeals | 3. Date of Report<br><br>08/06/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>46 East Ohio Street, Room 256<br>Indianapolis, IN 46204 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Barnes & Thornburg Profit Sharing Plan | F | Int./Div. | P1 | T | | | | | |
| 2.  -Vanguard Institutional Index Mutual Fund | | | | | | | | | |
| 3.  -Harbor Cap Apprec Mutual Fund | | | | | Buy (add'l) | 01/15/14 | J | | |
| 4. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 5. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 6. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 7. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 8.  -William Blair Intl Gr I | | | | | Buy (add'l) | 01/15/14 | J | | |
| 9. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 10. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 11. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 12. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 13.  -Templeton Inst Forgn Eq | | | | | Buy (add'l) | 01/17/14 | J | | |
| 14. | | | | | Buy (add'l) | 04/17/14 | J | | |
| 15. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 16. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 17. | | | | | Buy (add'l) | 12/30/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Columbia Acorn Fd(Z) | | | | | Buy (add'l) | 04/17/14 | J | | |
| 19. | | | | | Buy (add'l) | 06/09/14 | J | | |
| 20. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 21. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 22. | | | | | Buy (add'l) | 12/12/14 | J | | |
| 23.  -Vanguard Windsor II Fund | | | | | Buy (add'l) | 04/17/14 | J | | |
| 24. | | | | | Buy (add'l) | 06/24/14 | J | | |
| 25. | | | | | Buy (add'l) | 07/17/14 | J | | |
| 26. | | | | | Buy (add'l) | 10/17/14 | J | | |
| 27. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 28.  United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 29.  Belo Corp Common Stock A & B-Footnote 1 | | None | | | Sold | 01/15/14 | J | D | |
| 30.  A.H. Belo Corp Common Stock-Footnote 1 | A | Dividend | J | T | | | | | |
| 31.  Colgate Palmolive Common Stock | B | Dividend | L | T | | | | | |
| 32.  Northwestern Mutual Series Fund(Variable Annuity) | A | Dividend | M | T | | | | | |
| 33.  -Long Term US Govt Bond | | | | | | | | | |
| 34.  Treasury Notes - Account #1 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Treasury Notes - Account #2 | A | Interest | L | T | | | | | |
| 36. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |
| 37. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 38. Series EE Savings Bonds Purchased 1994 | B | Interest | K | T | | | | | |
| 39. Vanguard - IRA #2 | E | Dividend | N | T | | | | | |
| 40. -Vanguard LT Treasury Fund Admiral Shares | | | | | Buy (add'l) | 01/22/14 | J | | |
| 41. Vanguard - IRA #3 | C | Dividend | M | T | | | | | |
| 42. -Vanguard 500 Index Fund | | | | | | | | | |
| 43. -Vanguard Telecommunication Services Index Fd Admiral Shares | | | | | | | | | |
| 44. Vanguard Brokerage Account #1 (H) | | | | | | | | | |
| 45. -Vanguard 500 Index Fund Admiral | D | Dividend | N | T | | | | | |
| 46. -Vanguard Balanced Index Fund | A | Dividend | J | T | | | | | |
| 47. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | | | | | |
| 48. -Vanguard Equity Income Fund | A | Dividend | K | T | | | | | |
| 49. -Vanguard European Stock Index | A | Dividend | J | T | | | | | |
| 50. -Vanguard REIT Index Fund Adm | B | Dividend | K | T | | | | | |
| 51. -Vanguard Telecom Services Idx Adm | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Value Index Fund Admiral | A | Dividend | K | T | | | | | |
| 53. -Vanguard Windsor II Fund | B | Dividend | K | T | | | | | |
| 54. Vanguard Brokerage Account #2 (H) | | | | | | | | | |
| 55. -Vanguard Health Care Fund | E | Dividend | M | T | | | | | |
| 56. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 57. -Vanguard Total Stock Mkt Idx | C | Dividend | M | T | | | | | |
| 58. Vanguard Brokerage Account #3 (H) | | | | | | | | | |
| 59. -Zionsville IN Cmnty Schs 0% Bonds | | None | M | T | | | | | |
| 60. Starbucks Corp. Common Stock | A | Dividend | L | T | | | | | |
| 61. National Bank of Indpls. Accounts | C | Interest | O | T | | | | | |
| 62. Federated Prudent Bear Fund No Load | | None | J | T | | | | | |
| 63. Northwestern Mutual Whole Life Ins | C | Dividend | M | T | | | | | |
| 64. Rental Property #1,Indianapolis,IN | D | Rent | N | W | | | | | |
| 65. Ally Bank - CD | D | Interest | O | T | | | | | |
| 66. American Express Bank - CD/Savings | C | Interest | N | T | | | | | |
| 67. Nationwide Bank - CD | C | Interest | N | T | | | | | |
| 68. Bankofinternet - CD | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. New York Community Bank - CD | A | Interest | N | T | | | | | |
| 70. USAA Fed Saving Bk - CD | B | Interest | N | T | | | | | |
| 71. Ally Bank - IRA | A | Interest | L | T | | | | | |
| 72. -Ally Bank Savings | | | | | Buy (add'l) | 04/15/14 | J | | |
| 73. Union Federal Savings Bank | A | Interest | M | T | | | | | |
| 74. Barclays Bank | B | Interest | N | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D. | 08/06/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Footnote #1 (Sec VII, Item 29 and 30) - On past reports we have report only Belo Corp stock, however ▓ also own A.H. Belo Corp stock. A.H. Belo Corp was a fully owned subsidiary of Belo Corp that went public in 2008 and issued new stock to Belo stockholders. In 2014 Belo was merged with Gannett Co., Belo stockholders were entitled to cash but received no stock in Gannett. As a result Belo Corp stock will not be on future reports. ▓ did retain our A.H. Belo Corp stock.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John D. Tinder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544